884 F.2d 1385
 132 L.R.R.M. (BNA) 2240
 Railway Labor Executives' Assoc., Amer. Railway and Airway
Supervisors Assoc., Div. of Brac, Amer. Train Dispatchers
Assoc., Brotherhood of Locomotive Eng., Brotherhood of
Maintenance of Way Emp., Brotherhoodof R.R. Signalmen,
Brotherhood of Railway, Airline& Steamship Clerks, Freight
Handlers, Express and Station Emp., Brotherhood of Railway
Carmen of U.S., Canada, Hotel Emp. & Restaurant Emp. Intl.
Union,Intl. Assoc. of Machinists and Aerospace Workers,
Intl.Brotherhood
 NO. 87-1289
 United States Court of Appeals,
Third Circuit.
 AUG 22, 1989
 
 1
 Appeal From: E.D.Pa.
 
 
 2
 AFFIRMED.